UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>vs.<br><br>SHANNON STILTNER,<br><br>            Defendant. | No. CR-13-012-RMP-3<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY<br><br>☒    Motion Granted **(ECF No. 39)**<br><br>☐    Action Required |

Date of Motion hearing: 02/01/2013

**IT IS ORDERED** that the parties' Stipulated Motion to Modify the bond requirement is **GRANTED** as follows:

☒ Execute:    ☒ **$220,000**    **percentage bond, with**

**$22,000 paid in cash**

As stipulated by the parties, Defendant may have non-case related contact with her mother.

All other conditions in this court's Order filed January 30, 2013, shall remain.

DATED February 1, 2013.

_____
S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO MODIFY - 1