UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>SHANNON STILTNER,<br>　　　　　Defendant. | No. CR-13-012-RMP-3<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY |

Before the court is Defendant's Stipulated Motion to Modify. ECF No. 114. The court has reviewed the submitted material and relevant authority.

**IT IS ORDERED** Defendant's Stipulated Motion to Modify, ECF No. 114, is **GRANTED**. Defendant is allowed to attend the referenced event, so long as there are no case-related discussions.

The District Court Executive is directed to enter this Order and distribute copies to counsel.

DATED April 23, 2013.

　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY - 1