PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.  Shannon Stiltner  Docket No.  2:13CR00012-003

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Shannon Stiltner who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 30th day of January 2013 under the following conditions:

**Condition #14:** Surrender any passport to Pretrial Services and shall not apply for a new passport.

**Condition #16:** Avoid all contact, direct or indirect, with co-defendant(s).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant has yet to surrender her passport.

**Violation #2:** The defendant had direct contact telephone contact with codefendant, Gregory Jeffreys.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

RECEIVED
U.S. DISTRICT COURT

MAY 29 2013 at 9:39 am

UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/29/2013

by  s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer  at 10:55 a.m.

May 29, 2013
Date