1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

UNITED STATES OF AMERICA,

                   Plaintiff,

vs.

SHANNON STILTNER,

                  Defendant.

No. CR-13-012-RMP-3

ORDER REVOKING PRETRIAL RELEASE AND IMPOSING DETENTION, AND GRANTING, IN PART, MOTION FOR RECONSIDERATION

14
15
16
17
18
19
20
21
22
23
24
25
26
27

     At the May 31, 2013, pretrial release revocation hearing on the Motion to revoke bond, ECF No. 129, and the Pretrial Petition for Action, ECF No. 144, Assistant United States Attorney Sean McLaughlin appeared for the United States. Defendant was present with Assistant Federal Defender Jay McEntire.  Also before the court was the Plaintiff's Motion for Reconsideration.  ECF No. 140.  Defendant did not contest the facts proffered through the Violation Report as to Violation #2.  Alleged Violation #1 regarding Defendant's passport is dismissed.  The parties agreed Defendant's passport earlier had been seized by federal agents.  Both sides presented argument.

     The United States contended Defendant violated pretrial release conditions by having direct telephone contact with Co-Defendant, Gregory Jeffreys.  The facts are undisputed as to telephone contact during May 2013.

     This court has taken into account the Pretrial Services Report, and information produced at this hearing concerning the nature and the circumstances

28

ORDER REVOKING PRETRIAL RELEASE AND IMPOSING DETENTION, AND GRANTING, IN PART, MOTION FOR RECONSIDERATION- 1

of the offense charged, the weight of the evidence against the Defendant, her history and characteristics, including character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to alcohol and drug abuse, criminal history, record concerning appearance at court proceedings, and the nature and seriousness of the danger to the community that would be posed by Defendant's release. *United States v. Gebro*, 948 F.2d 1118 (9th Cir. 1991).

The United States has shown by clear and convincing evidence Defendant violated pretrial conditions of release. This court finds the United States has established Defendant is unlikely to abide by any conditions. Accordingly,

**IT IS ORDERED:**

1.    Defendant's release previously ordered by the court, is REVOKED. The question of bond forfeiture is taken under advisement. The parties have five business days to file and serve additional argument.

2.    Defendant shall be held in detention pending disposition of this case or until further order of the court.

3.    The Motion for Reconsideration, **ECF No. 140,** is **GRANTED in part.** The telephone call recordings shall be transcribed, redacted as to personal identifiers, and filed **within 45 days of the date of this Order**.

4.    Defendant is committed to the custody of the United States Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

5.    Defendant shall be afforded reasonable opportunity for private consultation with her counsel.

6.    If Defendant seeks review of this Order pursuant to 18 U.S.C. § 3145(b), attorney for Defendant shall file a written motion for revocation or amendment of this Order within ten (10) days and note it for hearing before the

ORDER REVOKING PRETRIAL RELEASE AND IMPOSING DETENTION, AND GRANTING, IN PART, MOTION FOR RECONSIDERATION- 2

district judge assigned to this case. Both parties are responsible to ensure the timely disposition of the Motion.

DATED June 3, 2013.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER REVOKING PRETRIAL RELEASE AND IMPOSING DETENTION, AND GRANTING, IN PART, MOTION FOR RECONSIDERATION- 3