1

2

3

4

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7   UNITED STATES OF AMERICA,

8                    Plaintiff,

9        v.

10  GREGORY D. JEFFREYS;
    KIMBERLY JEFFREYS; and
11  SHANNON STILTNER,

12                    Defendants.

NO:  CR-13-12-RMP-1

ORDER DENYING WITH LEAVE TO
RENEW MOTION TO SEVER
COUNTS AND FOR RELIEF FROM
MISJOINDER

13      **BEFORE THE COURT** is Defendant Gregory Jeffreys's Motion to Sever

14  Counts and for Relief from Misjoinder.  ECF No. 256.  The Court has reviewed the

15  motion, supporting materials, and responses.  The Court is fully informed.

16      Defendant Jeffreys filed this motion on September 24, 2013, challenging the

17  joinder of offenses and of defendants in the 73-count indictment that initiated this

18  case.  ECF No. 256.  On October 9, 2013, the Government filed a 143-count

19  superseding indictment.  ECF No. 280.  At prior hearings, the Government notified

20  the Court and Defendants of its intention to file a superseding indictment.

ORDER DENYING WITH LEAVE TO RENEW MOTION TO SEVER
COUNTS AND FOR RELIEF FROM MISJOINDER ~ 1

1    The Court finds that it cannot properly review the motion in light of the

2  superseding indictment.  If appropriate, Defendant Jeffreys may revise his motion

3  in accordance with the superseding indictment.

4    Accordingly, **IT IS HEREBY ORDERED** that Defendant Jeffreys's

5  Motion to Sever Counts and for Relief from Misjoinder, **ECF No. 256**, is

6  **DENIED with LEAVE TO RENEW**.

7    The District Court Clerk is directed to enter this Order and provide copies to

8  counsel.

9    **DATED** this 16th day of October 2013.

10

11                    *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
12                  Chief United States District Court Judge

13

14

15

16

17

18

19

20

ORDER DENYING WITH LEAVE TO RENEW MOTION TO SEVER
COUNTS AND FOR RELIEF FROM MISJOINDER ~ 2