1

2

3

4

5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

6   UNITED STATES OF AMERICA,

7                                Plaintiff,

8         v.

9   SHANNON STILTNER,

10                              Defendant.

NO:  2:13-CR-12-RMP-3

ORDER GRANTNG DEFENDANT'S
JOINT MOTION TO MODIFY
CONDITIONS OF RELEASE

11

12      **BEFORE** the Court is Shannon Stiltner's Unopposed Motion to Modify

13   Release Conditions, ECF No. 415.  After reviewing the submitted material and

14   relevant authority, the Court is fully informed and finds good cause to grant the

15   motion.

16      IT IS SO ORDERED:  Ms. Stiltner's release conditions are modified as

17   follows:

18      1.  Ms. Stiltner will be allowed to contact Ms. Sue Spinazza;

19      2. Ms. Stiltner no longer must forward all of her mail to the Federal

20         Defenders for screening; provide her phone bills to the U.S. Probation

ORDER GRANTNG DEFENDANT'S JOINT MOTION TO MODIFY
CONDITIONS OF RELEASE ~ 1

1    Office for review; or block all telephone calls from incarceration

2    institutions.

3    The District Court Clerk is directed to enter this Order and provide copies to

4    counsel and the U.S. Probation Office.

5    **DATED** this 8th day of January 2014.

6

7    _s/ Rosanna Malouf Peterson_
     ROSANNA MALOUF PETERSON
     Chief United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTNG DEFENDANT'S JOINT MOTION TO MODIFY
CONDITIONS OF RELEASE ~ 2